# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2301
LT Case No. 2020-DR-001498-A

_____

HANA ALKOOR ODEH,

    Appellant,

    v.

MAHER MAHMOUD ODEH,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
Brian Welke, Judge.

Kelly D. Feig, of The Law Office of Kelly D. Feig, P.A.,
Hallandale Beach, for Appellant.

Kelly C. Johnson, of KJ Law, P.A., Tavares, for Appellee.

March 26, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and HARRIS, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————